In the Matter of the Petition of MARIE GRUNZFELDER, as Executrix of BERTHA TRAUTMANN, Deceased, Respondent, to Settle the Account of BERTHA TRAUTMANN, as Executrix of MATTHIAS TRAUTMANN, Deceased. OLGA BANGERT et al., Appellants; BERTHA SIMON et al., Respondents.

Submitted June 1, 1953; decided July 14, 1953.

*David I. Silverman* for motion.

*Edward Devlin* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.